UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>OSCAR ROSAS-BELTRAN,<br><br>　　　　　　Defendant. | NO.  CR05-162-RSL<br><br>ORDER ON STIPULATED MOTION<br>TO EXTEND TIME<br>TO FILE INDICTMENT |

THE COURT having considered the entirety of the records and files herein including the parties' Stipulated Motion to Extend Time to File Indictment, finds and rules as follows:

1. This case involves a defendant currently charged by complaint with eluding examination at entry, in violation of 8 U.S.C. § 1325(a)(2).

2. The government, however, is considering charging Mr. Rosas-Beltran with illegal reentry following deportation, in violation of 8 U.S.C. § 1325, which carries much more severe punishment.

3. To properly evaluate the viability of a possible 8 U.S.C. § 1325 charge, counsel for both parties must first review Mr. Rosas-Beltran's entire immigration file due to the unique factual and legal circumstances of Mr. Rosas-Beltran's prior deportations.

4. The Court FINDS that the parties have exercised due diligence in

[PROPOSED] ORDER ON STIPULATED MOTION
TO EXTEND TIME TO FILE INDICTMENT - 1
(Oscar Rosas-Beltran; CR05-162-RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

investigating and preparing this case, but that the existence of novel questions of fact or law make it unreasonable to expect adequate preparation within the time limits established by the Speedy Trial Act, found at 18 U.S.C. § 3161, et. seq.

5. It is hereby ORDERED that the Stipulated Motion to Extend Time to File Indictment is granted;

6. It is hereby further ORDERED that the time for the government to file an indictment is continued to June 20, 2005;

7. It is hereby further ORDERED that the period of delay from May 20, 2005 to June 20, 2005 is excludable time, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq.

8. The Court FINDS that the period of time between May 20, 2005 and June 20, 2005 shall be excluded from computation under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv), because it is unreasonable to expect adequate preparation within the time limits established by the Speedy Trial Act.

9. The Court further FINDS that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy indictment.

IT IS SO ORDERED.

Dated this 16th day of May, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

[PROPOSED] ORDER ON STIPULATED MOTION
TO EXTEND TIME TO FILE INDICTMENT - 2
(Oscar Rosas-Beltran; CR05-162-RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100